**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| EDWARD J. O'DONNELL | : | No. 11 WAL 2021 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| ALLEGHENY COUNTY NORTH TAX | : | |
| COLLECTION COMMITTEE, AND | : | |
| BOROUGH OF FOX CHAPEL AND FOX | : | |
| CHAPEL AREA SCHOOL DISTRICT | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BOROUGH OF FOX | : | |
| CHAPEL AND FOX CHAPEL AREA | : | |
| SCHOOL DISTRICT | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner are:

(1) Is a *qui tam* whistleblower payment received for initiating and substantially contributing to a lawsuit brought under the False Claims Act taxable under the Local Tax Enabling Act and Tax Reform Code of 1971?

(2) Did the Commonwealth Court err by applying a more restrictive regulatory definition of compensation thereby making the taxability of remuneration contingent on a recipient's employment status which is not required by the statutory definition?

(3) Did the Commonwealth Court err when it applied an employer/employee standard to analyze the existence of an agency/principal relationship?